# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

DONALD L. BROWNLOW,

                      Plaintiff,

      vs.                                        Case No. 05-4072-JAR

JOBBERS AUTOMOTIVE WAREHOUSE,
INC., d/b/a KANSAS AUTOMOTIVE,
INC.,

                      Defendant.

_____

## ORDER

On January 5, 2006, the court granted the parties' motion for production of all records concerning KHRC Docket No. 28759-05. The court ordered the KHRC to submit any portion of the investigative file which it believed to be of a deliberative or conciliatory nature, or attorney work product of the KHRC's legal staff, for *in camera* review.

The court has reviewed the documents submitted by the KHRC and finds that all of the documents submitted are of a deliberative or conciliatory nature or attorney work product and, therefore, are not discoverable.

IT IS SO ORDERED.

Dated this 23rd day of January, 2006, at Topeka, Kansas.

                                                          s/ K. Gary Sebelius
                                                          K. Gary Sebelius
                                                          U.S. Magistrate Judge